UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 28, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:06-mj-84 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| Jose Solorio, ) | |
| ) | |
| _____ ) | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Jose Solorio Case No. 2:06-mj-84 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   __   Bail Posted in the Sum of _____

      _X_   $50,000 Unsecured Appearance Bond

      __   Appearance Bond with 10% Deposit

      __   Appearance Bond secured by Real Property

      __   Corporate Surety Bail Bond

      _X_   (Other) PTS conditions/supervision

   Issued at   Sacramento, CA   on 3/28/06   at   3:05 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge